JS-6

BRODSKY & SMITH, LLC
Evan J. Smith (SBN 242352)
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BENNETT, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>SPORT CHALET, INC. and SPORT CHALET TEAM SALES, INC.,<br><br>　　　　　　Defendants. | CASE NO.: 12-CV-04093 MWF (JEMx)<br><br>ORDER REMANDING TO STATE COURT<br><br>Date:　　July 9, 2012<br>Time:　　10:00am<br>Place:　　Courtroom 1600 |

### **ORDER**

AND NOW, THIS 13th day of June, 2012, in consideration of the Joint Stipulation to Remand Case to State Court filed by the parties, this matter is remanded to Los Angeles Superior Court, No. BC482472, for all further proceedings.

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT